| UNITED STATES DISTRICT COURT | CC: USPO |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | PSA |

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 08-295  GHK | Date | November 3, 2008 |
|---|---|---|---|

**Presiding: The Honorable**  GEORGE H. KING, U. S. DISTRICT JUDGE

Interpreter  *Isabela Martinez (Q'Anjob'Al)*

| Beatrice Herrera | Mary Rickey | Jeff Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) FRANCISCO ANDRES-FRANCISCO | √ | √ | | Janet Sherman | √ | √ | |

**Proceedings:** CHANGE OF PLEA

XX   Defendant requests to change plea to the Indictment.

XX   Defendant sworn and questioned by the Court.

XX   Defendant NOW enters new and different plea of GUILTY to the **Count 1** of the Indictment.

XX   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

XX   The Court refers the defendant to the Probation Office for investigation and report and the matter is continued to **FEBRUARY 2, 2009 AT 11:00 A.M.** for sentencing.

XX   The Court further ORDERS defendant shall cooperate with Probation in the preparation of a PSI report, and ordered to return for sentencing on date indicated above. The record should reflect that the plea agreement has been read interpreted to the defendant in his native language (Q'Anjob'Al) and signed by the Interpreter. Court issues ABSTRACT re: family visitation.

|  | 0 | : | 40 |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |