```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL                          E-Filed: 12/16/08
    Assistant United States Attorney
 3  Chief, Criminal Division
    JEFF P. MITCHELL (Cal. State Bar No.: 236225)
 4  Assistant United States Attorney
    Violent and Organized Crimes Section
 5        1500 United States Courthouse
          312 North Spring Street
 6        Los Angeles, California 90012
          Telephone: (213) 894-0698
 7        Facsimile: (213) 894-3713
          E-mail: jeff.mitchell@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 08-00295-GHK |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] <u>FINDINGS AND ORDER</u> |
| v. | ) |
| FRANCISCO ANDRES-FRANCISCO<br>   aka "Chico,"<br>FRANCISCO ANDRES-PEDRO,<br>   aka "Samuel Lopez,"<br>FRANCISCO PEDRO-FRANCISCO,<br>ELVIRA BARTOLO-SEBASTIAN,<br>JUANA DOMINGO JUAN,<br>   aka "Margarita Elizabeth Francisco,"<br>ANGEL GONZALEZ-PELICO,<br>   aka "Juan Ramos Gonzalez,"<br>GILBERTO FRANCISCO-LORENZO,<br>   aka "Zorro,"<br>   aka "Juan Francisco Delgado,"<br>JUAN JIMENEZ-PASCUAL,<br>ISAIAS VASQUEZ-MENDOZA,<br>   aka "Escorpin,"<br>HENRY RODRIGUEZ-SANCHEZ,<br>ANIBAL FRANCISCO, and<br>LUIS LOPEZ-MONCHO,<br>   aka "Luis Castaneda,"<br>   aka "Daniel Juan-Pascual,"<br>           Defendants. | ) |

1 **[~~PROPOSED~~] FINDINGS AND ORDER**

3    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the COURT adopts the findings of fact and the conclusions of law stipulated to by the parties.

    This matter is continued to 3:30 p.m. on December 22, 2008, for a status conference.

    The Court deems the time period of December 1, 2008, to December 22, 2008, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).

Dated:   12/15/08

THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE